```
                              United States Bankruptcy Court
                              Eastern District of California
In re:                                                                  Case No. 17-11154-A
Fresno International Grand Opera, a Cali                                Chapter 7
        Debtor
```
# CERTIFICATE OF NOTICE
```
District/off: 0972-1          User: admin                  Page 1 of 5                  Date Rcvd: Feb 06, 2019
                              Form ID: L90                 Total Noticed: 282
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2019.
```
db             +Fresno International Grand Opera, a California cor,    2377 W. Shaw Ave., Ste. #104,
                 Fresno, CA 93711-3438
aty            +Adam B. Stirrup,    720 W. Alluvial Avenue,    Fresno, CA 93711-5705
aty            +Emily P. Rich,    1001 Marina Village Parkway #200,    Alameda, CA 94501-6430
aty            +Trudi G. Manfredo,    P.O. Box 26792,    Fresno, CA 93729-6792
tr             +Robert A. Hawkins,    1849 N Helm #110,    Fresno, CA 93727-1624
cr             +AFM and Employer's Pension Fund,    c/o Emily P. Rich,    1001 Marina Village Parkway #200,
                 Alameda, CA 94501-6430
cr             +AMERICAN FEDERATION OF MUSICIANS, LOCAL12,    c/o Emily P. Rich,
                 1001 Marina Village Parkway #200,    Alameda, CA 94501-6430
22085422        AFM Employers Pension Fund,    PO Box 2673,    New York NY 10117-0262
22199382       +AFM Local 12,    c/o Larry Gardner, President,    5716 Folsom Blvd. #104,
                 Sacramento, CA 95819-4608
22085653       +Adam Stahlman,    1219 W Walter Ave Unit 1,    Fowler CA 93625-4424
22085619       +Akiko S Peterson,    PO Box 5281,    Fresno CA 93755-5281
22085499       +Alberta Ferrer,    1439 E Decatur Ave,    Fresno CA 93720-2676
22085684       +Alex Winter,    515 33rd Street,    Oakland CA 94609-3007
22085591       +Alison Moritz,    c o Quincy Brucherhoff,    1 Scale Ave Suite 71,    Building 3 3rd Floor,
                 Rutland VT 05701-4458
22085425       +Altus GTS Inc,    2400 Veterans Memorial Blvd Ste 300,    Kenner LA 70062-8725
22085590       +Amelia Morales,    3416 N Glacier Way,    Hanford CA 93230-6556
22085429       +American Federation of Musicians,    Local 12,    5716 Folsom Blvd 104,
                 Sacramento CA 95819-4608
22085660       +Amy Taylor,    2104 Lemmon Way,    Hanford CA 93230-1826
22085639       +Andrew Scherf,    713 Jasmine Ave,    Clovis CA 93611-6252
22085576       +Angelina Mejia,    9292 Rose Parade Way,    Sacramento CA 95826-6511
22085575       +Angie Medina,    2876 W Rialto Avenue,    Fresno CA 93705-1133
22085442       +Anne Betancourt,    6750 N Woodrow Ave,    Fresno CA 93710-4728
22085426       +Anne Marie Ambrose,    8557 N Ridgeview Ave,    Fresno CA 93711-6905
22085541       +Anthony Igler,    2279 W Park Dr,    Madera CA 93637-1905
22085434        Ardell Candy Barnes,    1399 W Alluvial Avenue,    Fresno CA 93711-0547
22085518       +Arnold Dianne Gazarian,    2251 W Thomason Place,    Fresno CA 93711-7176
22085432       +AudioWorks Sound Stage Lighting Co,    3006 E Swift Avenue,    Fresno CA 93726-3320
22085482       +Av Daniels,    3676 N Valentine Avenue,    Fresno CA 93722-4948
22085427       +Avis Ambrose,    3637 N Wishon,    Fresno CA 93704-4839
22085437       +BCT Consulting Inc,    7910 N Ingram Ave,    Suite 101,    Fresno CA 93711-5828
22179571       +BCT Consulting, Inc.,    7910 N Ingram #101,    Fresno, CA 93711-5828
22135518       +BYERS ACCOUNTANCY CORPORATION,    1300 W. SHAW AVE., STE. 2A,    FRESNO, CA 93711-3712
22085643       +Barbara Shaefer,    1202 21st Avenue,    San Francisco CA 94122-1710
22085664       +Barbara Taylor Threlkeld,    1081 W San Ramon Ave,    Fresno CA 93711-3150
22085668       +Barbara Ulman,    43988 Trabuco Rd,    Coarsegold CA 93614-9515
22085496       +Benjamin Ereshefsky,    6228 W Crowley Ave,    Visalia CA 93291-9643
22085578       +Bernice Miessner,    1508 W Palo Alto,    Fresno CA 93711-1352
22085471        Bill Kathy Coit,    6502 N Dolores Avenue,    Fresno CA 93711-1366
22085445        Boosey Hawkes,    PO Box 29225,    New York NY 10087-9225
22085595       +Bruce Lucina Myers,    PO BOX 496,    Friant CA 93626-0496
22122148       +Byers & Co., CPA's,    1300 W Shaw Ave,    Fresno CA 93711-3712
22123997       +Byers Co CPAs,    1300 W Shaw Avenue,    Fresno CA 93711-3712
22085451        Byers Co CPAs,    1141 W Shaw Avenue,    Suite 103,    Fresno CA 93711-3713
22201243       +CDH Productions, LLC,    2645 Prescott Ave,    Clovis CA 93619-7425
22085454        California State University Fresno,    Accounting Services - JA181,    5150 N Maple,
                 Fresno CA 93740-8026
22085490       +Camille Edmunds,    5297 N Van Ness Blvd,    Fresno CA 93711-2864
22085462       +Candis Cheek,    501 w sierra ave apt 113,    Fresno CA 93704-1136
22085443       +Carl Bischel,    PO Box 26122,    Fresno CA 93729-6122
22085623       +Carol Ann Porter,    1443 E Stuart Ave,    Fresno CA 93710-5743
22085620       +Carol Petrucci,    1416 Riverview Drive,    Madera CA 93637-2833
22085458       +Carolyn P Caton,    2555 W Bluff Ave Unit 103,    Fresno CA 93711-0379
22085652       +Cassandra Stafford,    5160 N Marty 101,    Fresno CA 93711-6646
22085553       +Catherine Kemp,    1310 N Harris St,    Hanford CA 93230-3025
22085538       +Chad Hopper,    CDH Productions,    2645 Prescott Ave,    Clovis CA 93619-7425
22085608       +Charles E Olver,    532 W Minarets,    Clovis CA 93611-6711
22085489       +Chelsea Dunn,    4470 E Sierra Madre 107,    Fresno CA 93726-1151
22085583       +Chet Miszewicz,    Jerry Palladino,    1111 E Bremer Ave,    Fresno CA 93728-3506
22085465       +Choice Ticketing,    1200 28th Street Suite 305,    Suite 305,    Boulder CO 80303-1756
22085556       #+Christine Krikorian,    1510 E Austin Way,    Fresno CA 93704-3943
22085467       +City of Fresno,    2600 Fresno Street,    Suite 2156,    Fresno CA 93721-3620
22085468       +Civic Center Square,    906 N Street Suite 200,    Suite 200,    Fresno CA 93721-2249
22085531       +Claudia Harrell,    6480 N Sixth,    Fresno CA 93710-4112
22125501       +Commercial Collection Service, Inc.,    1400 N. Dutton Avenue, Suite 21,
                 Santa Rosa, CA 95401-4643
22085475       +Commercial Collections Services Inc,    120 4th St,    Suite 2-220,    Petaluma CA 94952-3026
22085488       +Conan Dunlap,    4084 N Newport Bay,    Clovis CA 93619-4722
22085479       +Creditors Bureau USA,    757 L Street,    Fresno CA 93721-2998
22186767       +Creditors Bureau USA, Assignee for Byers Accountan,    757 'L' Street,    Fresno, CA 93721-2904
```

```
District/off: 0972-1           User: admin                  Page 2 of 5                   Date Rcvd: Feb 06, 2019
                               Form ID: L90                 Total Noticed: 282


22085478        Creditors Bureau of California,    PO Box 942,    Fresno CA 93714-0942
22085481       +Cumulus Media Fresno,    1071 W Shaw,    Fresno CA 93711-3702
22085446       +Cynthia Borunda,    417 E Braddock Dr,    Fresno CA 93720-0838
22085658       +Cynthia Stuart,    6055 N Seventh St,    Fresno CA 93710-5819
22085430       +Daniel Arrigoni,    1706 W Yale Ave,    Fresno CA 93705-4843
22085466       +Daniela Cisneros,    1227 Stonecreek Road Unit D,    Santa Barbara CA 93105-4655
22085586       +Dartagnan Montrose II,    1835 N Larose Lane,    Clovis CA 93619-7687
22085631       +David A Rosenfeld,    Weinberg Roger Rosenfeld,    A Professional Corporation,
                 1001 Marina Village Parkway Ste 200,    Alameda CA 94501-6430
22085525       +David Linda Grubbs,    2535 E Palo Alto Avenue,    Fresno CA 93710-4715
22085628       +David Reynolds,    2217 E Shea Drive,    Fresno CA 93720-4124
22085618       +David Roselle Peters,    968 Sierra St 391,    Kingsburg CA 93631-1554
22085666       +David Tomerlin,    2439 W Scott Ave,    Fresno CA 93711-2755
22085487       +Dawn Diestelkamp,    1124 E Richmond Ave,    Fresno CA 93720-2213
22085536       +Dean Hodgson,    3208 E Austin Way,    Fresno CA 93726-3429
22085680       +Deana Welch,    4775 w Rosetta Dr,    Fresno CA 93722-6155
22085665       +Denalene Tiu,    2355 E Pinehurst Ave,    Fresno CA 93730-5950
22085463       +Diana Chilingerian,    1310 S Sierra Vista Avenue,    Fresno CA 93702-3995
22085527       +Diana Hale,    6843 W Oak Ave,    Fresno CA 93722-3594
22085602       +Dick Margaret Nordstrom,    1034 W San Madele,    Fresno CA 93711-3141
22085486       +Dickey Youth Dev Ctr,    1515 E Divisadero,    Fresno CA 93721-1115
22085566       +Dineshi Liyanage,    5332 N Van Ness Blvd,    Fresno CA 93711-2860
22085537        Don Holzem,    1414 1 2 W Center Ave,    Visalia CA 93291
22085559        Don Larson,    1072 E Spruce Ave 105,    Fresno CA 93720-3351
22085551       +Donald LaDonna Jones,    6085 N Teilman Ave,    Fresno CA 93711-1959
22085435       +Dottie Barsoom,    1565 W Henley Creek,    Reedley CA 93654-3626
22085515       +Dr Avena Dr Gali,    3103 E Via Monte Verdi,    Clovis CA 93619-8393
22085584       +Dr Mrs Vincent Moats,    5480 N Wilson Ave,    Fresno CA 93704-1952
22085601      #+Elise Nicoletti,    647 Page Ave,    Los Banos CA 93635-4746
22085683      #+Elisha Wilson,    5855 E Eugenia Avenue,    Fresno CA 93727-9021
22085530       +Elizabeth Hardcastle,    625 N Acacia,    Reedley CA 93654-2401
22085546       +Eloise Janzen,    26990 Towerline Lane,    Clovis CA 93619-9741
22085457       +Emetrio Emmett Castro,    Castro Accountancy Corporation,    1586 W Shaw Ave A,
                 Fresno CA 93711-3502
22085421        Erin Adams,    271 Holt Ave,    Sanger CA 93657
22085511      ++FRESNO FIRST BANK,    7690 N PALM AVE,    FRESNO CA 93711-5772
               (address filed with court: Fresno First Bank,    7690 N Palm Ave,    Fresno CA 93711)
22085510      ++FRESNO FIRST BANK,    7690 N PALM AVE,    FRESNO CA 93711-5772
               (address filed with court: Fresno First Bank,    7690 N Palm Ave Suite 101,    Fresno CA 93711)
22123998      ++FRESNO FIRST BANK,    7690 N PALM AVE,    FRESNO CA 93711-5772
               (address filed with court: Fresno First Bank,    Attn Stephen Campos,
                 7690 N Palm Ave Suite 101,    Fresno CA 93711)
22085498       +Fence Factory,    3694 S Bagley,    Fresno CA 93725-2426
22085501       +First Congregational Church Fresno,    2131 N Van Ness Blvd,    Fresno CA 93704-6098
22085589       +Fred Mora,    5473 N Salinas Ave 135,    Fresno CA 93722-6472
22085545       +Frederic Nancy Jacobus,    12183 Ave 264,    Visalia CA 93277-9457
22085508       +Fresno Convention Entertainment Cente,    2nd Floor Finance Department,    848 M Street,
                 Fresno CA 93721-2760
22085509       +Fresno County Assessor,    Hall of Records,    Room 201,    2281 Tulare St,    Fresno CA 93721-2139
22085424       +Gabriel Almazan,    1704 e Waterford Ave,    Fresno CA 93720-4233
22085502       +Gary Jane Fisher,    2153 W Via Delfini,    Fresno CA 93711-2871
22085533       +George Hayes,    605 Commons Dr,    Sacramento CA 95825-6633
22085560       +George Lee,    5510 N Roosevelt Avenue,    Fresno CA 93704-1925
22085495       +Gloria Enochian,    1040 E Clinton Ave,    Fresno CA 93704-5630
22085679       +Grace Watkins,    144 N Cindy Ave,    Clovis CA 93612-0108
22085638       +Greg Savage,    1506 Catherine Way,    Escalon CA 95320-9444
22129692       +Guaranteed Software Execution, Inc., d/b/a Choice,    1200 28th Street, Suite 305,
                 Boulder, CO 80303-1756
22085555       +Hal Kissler,    PO Box 9440,    Fresno CA 93792-9440
22085507       +Heidi Franklin,    10202 E Sierra Ave,    Clovis CA 93619-9311
22085625       +Heidi Powell,    215 N Adler Ave,    Clovis CA 93612-0186
22085632       +Hilary Ross,    4625 N Wishon Ave,    Fresno CA 93704-3142
22085535       +Hill Media Group,    PO Box 5394,    Modesto CA 95352-5394
22085637       +Houry Sanderson,    6623 N Lead,    Fresno CA 93711-1033
22085505       +Ildiko Kathy Fortier,    PO Box 12622,    Fresno CA 93778-2622
22132179       +In-House Production, Inc,    6620 W Arby Ave,    Las Vegas, NV 89118-4663
22123999       +In-House Productions,    6620 W Arby Ave,    Las Vegas NV 89118-4663
22085542        In-House Productions,    6820 W Arby Ave,    Las Vegas NV 89118
22085540       +Ingrid Hudson,    8097 N Callisch,    Fresno CA 93720-2036
22085534       +Irene Heetebry,    8340 North Ann Ave,    Fresno CA 93720-4986
22085464       +Isabel Chilpigian,    8712 N Colfax Ave,    Fresno CA 93720-1653
22085439       +Jack Alberta Bedoian,    1523 Lyon Ave,    Sanger CA 93657-3635
22085633        Jackie Ryle,    PO Box 9281,    Fresno CA 93791-9281
22085550       +Jacob Johnson,    49400 River Park Road 45,    Oakhurst CA 93644-9117
22085651       +Jacqueline Spencer,    548 W Acacia Avenue,    Fresno CA 93705-0501
22085687       +Jane Worsley,    1736 W Browning Ave,    Fresno CA 93711-2309
22085587       +Janet I Moore,    3971 N Third Street,    Fresno CA 93726-4427
22085497       +Janette Erickson,    1711 Laverne Ave,    Clovis CA 93611-3128
22085503       +Janice Fleming,    2016 E Brown Avenue,    Fresno CA 93703-1714
22085516       +Jeannette Galvan-Williams,    3052 W Indianapolis,    Fresno CA 93722-4216
```

```
District/off: 0972-1          User: admin              Page 3 of 5           Date Rcvd: Feb 06, 2019
                              Form ID: L90             Total Noticed: 282


22085521       +Jeff Gomez,    1310 Trestle Glen Road,    Oakland CA 94610-2525
22085682       +Jeri Wheaton,    18127 Fisher Drive,    Visalia CA 93292-9575
22085455       +Jim Cardella,    536 W Peralta Way,    Fresno CA 93705-5018
22085514       +Jim Gail Gaede,    4270 N 5th Ave,    Fresno CA 93726-3406
22085428       +John Ambrose,    3637 N Wishon,    Fresno CA 93704-4839
22085476       +John Cozza,    6941 Lincoln Creek Circle,    Carmichael CA 95608-2032
22085539       +John Horstmann,    205 E Riverpark Circle 220,    Fresno CA 93720-1572
22085592       +John Morrice,    7454 W Fairmont,    Fresno CA 93723-9462
22123996      #+Joseph Bascetta,    3919 E Lyell Ave,    Fresno CA 93702-3439
22085444       +Joseph Boado,   Dale Kingen,    2695 W Calimyrna Ave,    Fresno CA 93711-2272
22085612      #+Joy Oxley,    1371 E Foxhill Drive 248,    Fresno CA 93720-4293
22085661       +Joyce Terzian,    1951 Cherry Ave,    Sanger CA 93657-3701
22085635       +Judith Sample,    1220 W Menlo Avenue,    Fresno CA 93711-1477
22085483       +Judy Davis,    7712 E Paul Ave,    Clovis CA 93619-9242
22085629       +Judy Robinson,    542 E Mesa,    Fresno CA 93710-5319
22085677       +Julie Vlasis,    5172 E Woodward,    Fresno CA 93727-5969
22085582       +Justin Missakian,    1150 E Herndon 155,    Fresno CA 93720-3125
22085600       +Karla Nichols,    2975 W Pembrook Loop,    Fresno CA 93711-1178
22085593       +Kathryn Justin Muratore,    2697 W Robinwood Lane,    Fresno CA 93711-2542
22147814       +Kathryn Muratore,    2697 W Robinwood Ln,    Fresno, CA 93711-2542
22085636       +Katy Sampson,    3148 Willow Suite 102,    Clovis CA 93612-4739
22085436       +Kaycee Bauer,    6768 Dewoody Avenue,    Laton CA 93242-9511
22085641       +Kelly Scott,    973 N Bush Ave,    Clovis CA 93611-7126
22085494       +Ken Engel,    2196 E Pryor Drive,    Fresno CA 93720-4130
22085607       +Kevin Bea Olsen,    PO Box 25066,    Fresno CA 93729-5066
22085480       +Kirk Cruz,    3370 Hanson,    Clovis CA 93611-5568
22085659       +Kris Szovati,    1009 N Cindy St,    Visalia CA 93291-4168
22085605      #+Kristin Odell,    2187 Prato Court,    Los Banos CA 93635-6417
22085558       +Labor Commissioners Office Fresno,     770 E Shaw Ave,   Ste 220,    Fresno CA 93710-7708
22085469       +Larry Clark,    1449 E Via Estrella Dr,    Fresno CA 93730-8821
22085517       +Larry Gardner,    630 W Santa Ana,    Fresno CA 93705-0546
22085656       +Lea Steffens,    302 E Riverdale Ave,    Orange CA 92865-1204
22085617       +Leanna Peralta,    1029 Burlingame,    Clovis CA 93612-0465
22085562       +Lee Don Leone,    425 E Rialto Avenue,    Fresno CA 93704-3020
22085565       +Light and Sound Solutions,    P O Box 7889,    Fresno CA 93747-7889
22085522       +Lori Gonzales,    25744 Burroughs Pl,    Stevenson Ranch CA 91381-1126
22085554       +Maral Kismetian,    565 Jordan Ave,    Clovis CA 93611-7039
22085574       +Marc McGhee,    4085 N Peach Ave 205,    Fresno CA 93727-8416
22085485       +Maria E Dickerson,    PO Box 28397,    Fresno CA 93729-8397
22085570       +Mariam Manoukian,    7066 N West Ave,    Fresno CA 93711-0462
22085676       +Mariana Vijelia,    2490 W Herndon Ave 102,    Clovis CA 93611-8964
22085448       +Martha Brody,    1541 W Barstow Ave,    Fresno CA 93711-3020
22085433       +Marvin Baker,    6819 W Oswego Ave,    Fresno CA 93723-8108
22085484       +Mary DeGroot,    2280 Trevor Way,    Madera CA 93637-4970
22085561       +Mary Lou Legere,    2849 Portals Ave,    Clovis CA 93611-3401
22085449       +Matthew Buckman,    8135 Waikiki Dr,    Fair Oaks CA 95628-3746
22085642       +Melissa Seibert-Baguinguito,    4715 N Torrey Pines,    Fresno CA 93723-3008
22085577       +Mia Cuppa,    620 E Olive,    Fresno CA 93728-3225
22085630       +Michael Linda Rogers,    6230 N Tamera,    Fresno CA 93711-0939
22085568       +Michael Lord,    1688 N Dublin Lane,    Clovis CA 93619-3759
22085596       +Michael Myracle,    721 W Ellery Ave,    Clovis CA 93612-0753
22085675       +Michael Varlas,    1701 Riverview Dr,    Madera CA 93637-2800
22085524       +Michelle Graves,    419 E Fountain Way,    Fresno CA 93704-4622
22085557       +Migran Nelly Kutnerian,    3570 W Magill Ave,    Fresno CA 93711-0815
22085450       +Mike Buckman,    6675 N Remington Avenue,    Fresno CA 93704-1121
22085532       +Myron Hatcher,    8359 N Richelle,    Fresno CA 93720-4988
22085438       +Nancy Beavers,    33314 Quail Flats Dr,    North Fork CA 93643-9601
22085477       +Nicole Crandall,    4247 Salem Lane,    Clovis CA 93619-5165
22085603       +Northern California Collection Services,     700 Leisure Lane,    Sacramento CA 95815-4299
22085606        Office Depot,    P O Box 88040,    Chicago IL 60680-1040
22085657       +Olivia Stockton,    1357 E Revere Rd,    Fresno CA 93720-1323
22085609       +OpenEdge,   fdba Accelerated,    8200 Central Avenue,    Newark CA 94560-3448
22085610        Opera America,    330 7th Ave,    Ste 1600,   New York NY 10001-5248
22085567       +Oz Jane Lone,    1449 W Barstow Avenue,    Fresno CA 93711-3018
22085492       +Pamela Thoman Ellzey,    10663 N Coronado Circle,    Fresno CA 93730-0738
22085571       +Patricia Haun Markarian,    1135 E San Gabriel,    Fresno CA 93704-3319
22085614       +Patricia Papulias,    311 W Paul Ave,    Fresno CA 93704-1223
22085456       +Patrick Cassen,    46999 Dunlap Rd,    Miramonte CA 93641-9714
22085420       +Paul Marlys Accornero,    1995 Fairmont Ave,    Clovis CA 93611-4185
22085626       +Paul Raheb,    3729 N Elm Court,    Visalia CA 93291-8142
22085598       +Peter Nevin,    233 E San Jose Avenue,    Claremont CA 91711-5550
22085624      #+Phyllis Porter,    43611 Cedar Grove Ct,    Coarsegold CA 93614-9683
22085441       +Randy Berger,    736 W Yale Avenue,    Fresno CA 93705-5044
22085627        Rauch-Milliken International Inc,    PO Box 8390,    Metairie LA 70011-8390
22085579       +Raymond Eleanor Miksch,    3043 N Wolters,    Fresno CA 93703-1453
22085548       +Richard Jennings,    2067 W Alluvial Ave,    Fresno CA 93711-0402
22085597       +Richard Nelson,    7249 N Babigian Ave,    Fresno CA 93722-3493
22085685       +Rita A Woo,    721 E Wood Duck Circle,    Fresno CA 93730-0806
22085648       +Robert Smittcamp,    3158 E Hamilton Ave,    Fresno CA 93702-4163
```

```
District/off: 0972-1          User: admin              Page 4 of 5                Date Rcvd: Feb 06, 2019
                              Form ID: L90             Total Noticed: 282
```

```
22179568       +Robert Smittcamp,    c/o J. Jackson Waste,    Baker, Manock & Jensen,
                 5260 N. Palm Avenue, Ste 421,    Fresno, CA 93704-2222
22085640       +Robin Schmidt,    417 Laverne Ave,    Clovis CA 93611-0625
22085580       +Ron Julie Miller,    5974 E Butler,    Fresno CA 93727-5511
22085491       +Ronald Eichman,    629 E Cornell Ave,    Fresno CA 93704-5514
22085523       +Rosalind Gratz,    3854 E Gettysburg,    Fresno CA 93726-0901
22085431       +Rosemarie Atamian,    2717 W Roberts Ave,    Fresno CA 93711-2538
22085549       +Roxie Jizmejian,    1915 W Santa Ana,    Fresno CA 93705-0221
22085594       +Ryan Murray,    3321 Whitney Avenue,    Sacramento CA 95821-2517
22085647       +SMG a Pennsylvania general partnership,     848 M Street Second Floor,    Attn General Manager,
                 Fresno CA 93721-2760
22085646       +SMG a Pennsylvania general partnership,     300 Four Falls Corporate Center,
                 300 Conshohocken State Road,    Attn Director of Risk Management,    Conshohocken PA 19428-3801
22085588       +Sandi Moore,    5658 W Sample Ave,    Fresno CA 93722-3152
22145456       +Sandra K. Moore,    5658 W Sample Ave,    Fresno CA 93722-3152
22085572       +Sarah McCaughey,    3175 E Sierra Ave,    Fresno CA 93710-5916
22085440       +Scott Bentley,    2441 Poe Ave,    Clovis CA 93611-5976
22085500       +Scott Koko Fimbres,    1111 E Herndon 119,    Fresno CA 93720-3100
22085604       +Sharon Nunes,    10273 N Boyd Avenue,    Fresno CA 93730-4512
22085526       +Shelly W Gutierrez,    PO Box 758,    Coarsegold CA 93614-0758
22085650       +Stanley Darlene Spano,    301 W Bluff Avenue,    Fresno CA 93711-6912
22085655        State Fund Workers Compensation,    P O Box 7441,    San Francisco CA 94120-7441
22085529       +Stephanie Hannah,    3155 w los altos ave,    Fresno CA 93711-1035
22085513       +Summer Frundel,    1100 West San Bruno Avenue,    Fresno CA 93711-3135
22085611       +Susan Osborn,    732 W Birch Ave,    Clovis CA 93611-6796
22085644       +Susan Simpson,    2076 W Via Frassino,    Fresno CA 93711-2873
22085649       +Susana Sosa,    1320 W Escalon Ave,    Fresno CA 93711-2021
22085459       +Tessa Nick Cavalletto,    23479 Road 20 1 2,    Chowchilla CA 93610-9535
22085662       +The Kaplan Group,    2250 King Court,    Suite 50,    San Luis Obispo CA 93401-5543
22085663       +The Parks Group,    1515 Tenth Street,    Modesto CA 95354-0726
22085599       +Thi Nguyen,    New Win Productions LLC,    828 N Hudson Ave 104,    Los Angeles CA 90038-3677
22085544        Tony Jeannette Ishii,    P O Box 1826,    Fresno CA 93717-1826
22085667       +Townsend Opera,    PO Box 4519,    Modesto CA 95352-4519
22085563       +Tyler Lester,    1233 W Shaw Suite 106,    Fresno CA 93711-3718
22085634       +Valerie Salcedo,    4728 E McKenzie,    Fresno CA 93702-2616
22085669       +Valley Chrome Plating Company,    PO Box 189,    Clovis CA 93613-0189
22085671       +Valley Performing Arts Council,    1752 W Bullard Ave,    Fresno CA 93711-2328
22085673       +Valley Performing Arts Council,    dba Fresno Ballet Theatre,    1752 W Bullard Ave,
                 Fresno CA 93711-2328
22085672       +Valley Performing Arts Council,    PO Box 71,    Kingsburg CA 93631-0071
22085581       +Walter F Minhoto,    Nazareth House,    2121 N First St,    Fresno CA 93703-2396
22085678       +Walter Vosganian,    PO Box 451,    Fresno CA 93709-0451
22085512       +Wanda Fries,    151 Omaha Ave,    Clovis CA 93619-7620
22085613       +Warren R Paboojian,    Baradat Paboojian,    720 W Alluvial Ave,    Fresno CA 93711-5705
22085472       +Wayne Cole,    1925 N Farris Avenue,    Fresno CA 93704-5912
22085681       +Wells Fargo,    PO Box 29482,    Phoenix AZ 85038-9482
22124000       +Wells Fargo,    WF Business Direct,    PO Box 29482,    Phoenix AZ 85038-9482
22085470       +Wil Clason,    458 W Dennis Dr,    Clovis CA 93612-2320
22085573       +William E McComas,    Pascuzzi Pascuzzi Stoker,    2377 W Shaw Ave Ste 101,
                 Fresno CA 93711-3438
22085585       +William Moccia,    32 W Tivoli Lane,    Clovis CA 93619-2616
22085688       +Xobee Communications LLC,    7910 N Ingram Ave Suite 101,    Fresno CA 93711-5828
22085615       +Yohan Partan,    701 Tornell Circle,    Ripon CA 95366-2938
22085674       +Zeke Van Staaveren,    8340 North ANN AVE,    FRESNO CA 93720-4986
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
22085423       +E-mail/Text: amsbankruptcy@amscollections.com Feb 07 2019 03:14:39      Allen Maxwell Silver,
                 PO Box 540,    Fair Lawn NJ 07410-0540
22085453        E-mail/Text: USCBNotices@cdtfa.ca.gov Feb 07 2019 03:16:10
                 California State Board of Equalization,    Special Operations Bankruptcy Team MIC,
                 PO Box 942879,    Sacramento CA 94279-0074
22085452        E-mail/Text: USCBNotices@cdtfa.ca.gov Feb 07 2019 03:16:10
                 California State Board of Equalization,    Account Information Group MIC 29,    PO Box 942879,
                 Sacramento CA 94279-0029
22085473       +E-mail/Text: WST_Bankruptcy@cable.comcast.com Feb 07 2019 03:15:51      Comcast,
                 9602 S 300 W Ste B,    Sandy UT 84070-3336
22085474        E-mail/Text: WST_Bankruptcy@cable.comcast.com Feb 07 2019 03:15:51      Comcast,   PO Box 34744,
                 Seattle WA 98124-1744
22085493        E-mail/Text: itcdbg@edd.ca.gov Feb 07 2019 03:15:04      EMPLOYMENT DEVELOPMENT DEPARTMENT,
                 BANKRUPTCY SPECIAL PROCEDURES GROUP,    P O BOX 826880 MIC 92E,    Sacramento CA 94280-0001
22085506        E-mail/Text: BKBNCNotices@ftb.ca.gov Feb 07 2019 03:16:05      FRANCHISE TAX BOARD,
                 Bankruptcy Unit MS A-340,    PO Box 2952,    Sacramento CA 95812-2952
22085511        E-mail/Text: lreed@fresnofirstbank.com Feb 07 2019 03:14:27      Fresno First Bank,
                 7690 N Palm Ave,    Fresno CA 93711
22085510        E-mail/Text: lreed@fresnofirstbank.com Feb 07 2019 03:14:27      Fresno First Bank,
                 7690 N Palm Ave Suite 101,    Fresno CA 93711
22123998        E-mail/Text: lreed@fresnofirstbank.com Feb 07 2019 03:14:27      Fresno First Bank,
                 Attn Stephen Campos,    7690 N Palm Ave Suite 101,    Fresno CA 93711
22085543        E-mail/Text: cio.bncmail@irs.gov Feb 07 2019 03:14:46      Internal Revenue Service,
                 P O Box 7346,    Philadelphia PA 19101-7346
```

```
District/off: 0972-1          User: admin              Page 5 of 5                  Date Rcvd: Feb 06, 2019
                              Form ID: L90             Total Noticed: 282
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
22085621        E-mail/Text: PGEBankruptcy@pge.com Feb 07 2019 03:15:54     PG E,   Box 997300,
                 Sacramento CA 95899-7300
22155305       +E-mail/Text: bankruptcy@pb.com Feb 07 2019 03:15:51     Pitney Bowes Inc,
                 27 Waterview Dr, 3rd Fl,   Shelton CT 06484-4361
22085622        E-mail/Text: bankruptcy@pb.com Feb 07 2019 03:15:52     Pitney Bowes Inc Purchase Power,
                 P O Box 856042,   Louisville KY 40285-6042
22123880        E-mail/Text: scif.legal.bk@scif.com Feb 07 2019 03:16:08     State Comp Ins Fund,   PO Box 8192,
                 Pleasanton, CA 94588-8792
22085654        E-mail/Text: scif.legal.bk@scif.com Feb 07 2019 03:16:08
                 State Fund Compensation Insurance Fund,   P O Box 9102,   Pleasanton CA 94566-9102
22125500       +E-mail/Text: tom@tjeffreylaw.com Feb 07 2019 03:15:51     Thomas F. Jeffrey,
                 1400 N. Dutton Avenue, Ste. 21,   SANTA ROSA, CA 95401-4643
22085547       +E-mail/Text: tom@tjeffreylaw.com Feb 07 2019 03:15:51     Thomas Jeffrey,
                 Law Offices of Thomas Jeffrey,   1400 N Dutton Suite 21,   Santa Rosa CA 95401-4643
                                                                                               TOTAL: 18

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
auc              Baird Auctions and Appraisal
22178710*        Ken Engel,   2196 E. Pryor Dr.,   Fresno, CA 93720-4130
22180589*       +Robert Smittcamp,  c/o J.Jackson Waste,   Baker, Manock & Jensen,
                 5260 N. Palm Avenue, Ste. 421,   Fresno, CA 93704-2222
22085670*       +Valley Chrome Plating Company,   P O Box 189,   Clovis CA 93613-0189
22085519       ##+Amy George,   3779 N Pearwood Ave,   Fresno CA 93727-0812
22085461       ##+Arthur Chacon,   5103 W Amherst Ave,   Fresno CA 93722-0463
22085460       ##+CDH Productions LLC,   1690 N Dutch Avenue,   Clovis CA 93619-5096
22085552       ##+Craig Kaprielian,   9234 South Alta Avenue,   Reedley CA 93654-9525
22085520       ##+Dylan Girard,   988 Sandra Ct 3,   South San Francisco CA 94080-2335
22085645       ##+Elizabeth C Sims,   291 Leveland Lane Apt C,   Modesto CA 95350-6806
22085569       ##+Holly Machado,   5644 N La Ventana,   Fresno CA 93723-4000
22085504       ##+Kelsey Forbes,   64144 Hume Lake Rd 602,   Hume CA 93628-9608
22085616       ##+Rachel Patrick,   1730 Coleman Street,   Napa CA 94559-1725
22085564       ##+Susan Liberty,   329 W Bullard 102,   Fresno CA 93704-1759
22085528       ##+Tessa Hall,   31024 Fritz Drive,   Exeter CA 93221-9453
22085447       ##+Tora Bourgeois,   576 Diana Court,   Hanford CA 93230-6823
22085686       ##+World Wide Ticket,   3606 Quantum Blvd,   Boynton Beach FL 33426-8637
                                                                                  TOTALS: 1, * 3, ## 13
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2019 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0

FORM L90 Notice of Filing Trustee's Final Account and Distribution Report, Certification That the Estate Has Been Fully Administered, and Application to be Discharged, Combined with Order Fixing Deadline for Filing Objections Thereto (v.8.14)

17–11154 – A – 7

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721–1318
(559) 499–5800
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



**NOTICE OF FILING TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED, COMBINED WITH ORDER FIXING DEADLINE FOR FILING OBJECTIONS THERETO**

**Case Number:** 17–11154 – A – 7

Debtor Name(s), Social Security Number(s), and Address(es):

Fresno International Grand Opera, a California corporation

77–0491466
2377 W. Shaw Ave., Ste. #104
Fresno, CA 93711

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**
Fresno Grand Opera

**NOTICE IS HEREBY GIVEN THAT** the trustee in the above referenced case has filed a Final Account and Distribution Report, Certification That the Estate Has Been Fully Administered, and Application to be Discharged. The Final Account and Distribution Report, Certification That the Estate Has Been Fully Administered, and Application to be Discharged is available for inspection at the Office of the Clerk, U.S. Bankruptcy Court, at the address shown above.

**IT IS ORDERED AND YOU ARE FURTHER NOTIFIED THAT** any person wishing to object to the trustee's Final Account and Distribution Report, Certification That the Estate Has Been Fully Administered, and Application to be Discharged must file a written objection within 30 days of the date of this Notice. The objection shall state with particularity the grounds therefor (see NOTE below) and shall be accompanied by a notice of hearing with the date and time filled in. Self set calendar procedures and available hearing date are posted under *Court Calendars* on the Court's web site (www.caeb.uscourts.gov).

The objection, notice of hearing, and any supporting documents shall be served by the objecting party on the trustee, on the trustee's attorney, if any, and unless filed by the U.S. Trustee, on the Office of the U.S. Trustee on or before the date of filing with the Clerk. Proof of service of the objection, notice of hearing, and any supporting documents shall be filed concurrently with such pleadings, or within three (3) court days.

If no objections are filed, no hearing will be calendared and the Court will, **without further notice**, enter a final decree closing the case, discharging the trustee, and cancelling the trustee's bond.

Dated:
2/6/19

For the Court,
Wayne Blackwelder , Clerk

**NOTE:** Examples of matters which are appropriate grounds for hearings on objections to the trustee's Final Account and Distribution Report include, but are not limited to, failure by the trustee to collect and reduce to money the property of the estate; failure of the trustee to account for all property received; failure by the trustee to investigate the financial affairs of the debtor; and failure to be paid on a debt owed. Examples of matters which are **not** appropriate for hearings on objections to the trustee's report include general objections to the debtor's discharge; objections to the dischargeability of specific debts; and return of property.